# United States Court of Appeals for the Federal Circuit

## ERRATA

Date:                June 8, 2005

Appeal No.           03-3286, -3330,-3331

Case Name:           Tunik, Et Al. v. MSPB, Et Al.

Date Decided:        May 11, 2005

Type:                Precedential Opinion


Please make the following change:

The caption and cover sheet should read: "LLOYD TUNIK"
instead of LLOYD L. TUNIK.